1  Christina M. Lucio (SBN 253677)
     christina@emplawllp.com
2  Mitchell J. Murray (SBN 285691)
     mitchell@emplawllp.com
3  Paul A. Brown (SBN 340841)
     paul@emplawllp.com
4  **EMPLAW, LLP**
5  2235 Encinitas Boulevard, Suite 210
   Encinitas, California 92024
6  Telephone: (760) 942-9433

7  Attorneys for Plaintiff MAYRA TORRES RAMIREZ

8  Michael J. Sexton, CA Bar No. 153435
     michael.sexton@ogletree.com
9  Allison J. Fernandez, CA Bar No. 272853
     allison.fernandez@ogletree.com
10 OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   One Embarcadero Center, Suite 900
11 San Francisco, CA 94111
   Telephone: 415-442-4810
12
13 Facsimile: 415-442-4870

14 Attorneys for Defendant TESLA, INC.

15

16                **UNITED STATES DISTRICT COURT**

17                **EASTERN DISTRICT OF CALIFORNIA**

18

| | |
|---|---|
| 19  MAYRA TORRES RAMIREZ, an individual, | Case No. 2:24-CV-02758-TLN-JDP |
| 20  Plaintiff, | Assigned to:  Hon. Troy L. Nunley; Magistrate Judge Jeremy D. Peterson |
| 21  v. | |
| 22  TESLA, INC., a Texas corporation, and | **ORDER EXTENDING DISCOVERY AND DISPOSITIVE MOTION DEADLINES** |
| 23  DOES 1-50, inclusive, | |
| 24  Defendants | Complaint Filed: August 30, 2024 |
| 25  | Removal: October 4, 2024, |

26

27

28

**ORDER EXTENDING DISCOVERY AND DISPOSITIVE MOTION DEADLINES**

**ORDER**

The Court having reviewed the Parties' Joint Stipulation to Extend Discovery and Dispositive Motions Deadlines, IT IS HEREBY ORDERED that:

1.  Fact discovery shall be completed by **February 2, 2026**.

2.  Expert disclosures deadline shall be completed by **April 2, 2026**.

3.  Rebuttal expert exchange deadline shall be exchanged by **May 4, 2026**.

4.  All expert discovery shall be completed by **May 4, 2026**.

5.  All dispositive motions, except for motions for continuances, temporary restraining orders or other emergency applications, shall be filed by Friday, **July 31, 2026**.

**IT IS SO ORDERED.**

DATED: August 25, 2025

_____
Troy L. Nunley
Chief United States District Judge

- 1 -

**ORDER EXTENDING DISCOVERY AND DISPOSITIVE MOTION DEADLINES**